**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 9/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO PITA,

                Plaintiff,

      v.

SAN JOSE TULCINGO DELI INC.; SAN JOSE TULCINGO RESTAURANT; OLESIA DAVLAD; and EDUARDO LUCERO VELAZQUEZ,

                Defendants.

No. 20-CV-5117 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 10, 2020, the Court issued an Order scheduling an initial conference for September 18, 2020 at 3 PM. Dkt. 14. The Order directed the parties to submit a joint letter and a proposed case management plan by September 11, 2020. *Id.* On September 11, 2020, the parties filed a proposed case management plan, Dkt. 23, but have not yet filed their joint letter. They shall do so by the end of the day today, and/or shall inform the Court whether they seek an extension of time to do so and an adjournment of the initial conference.

SO ORDERED.

Dated:    September 17, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge