# MESSNER REEVES LLP

ABIGAIL NITKA
anitka@messner.com

DIRECT DIAL:
(646) 663 1874

September 17, 2020

**VIA ECF FILING**

Hon. Ronnie Abrams
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    **Pita v. San Jose Tulcingo, et al.**
                   **Index No. 1:20-cv-05117 (RA)**

Dear Judge Abrams,

      I represent Plaintiff Eduardo Pita in the captioned action. I write to request an extension of time to file the joint letter referenced in the Orders filed under docket nos. 14 and 24 and an adjournment of the initial conference.

      The parties omitted filing the joint letter on September 11 with the case management plan. The parties now need additional time to draft the joint letter as I have not been able to contact opposing counsel and it is now past the close of business. As such, it is unlikely it can be filed today.

      There have been no previous requests for adjournments or extensions. I have not been able to contact defendants to see if they consent. I do not anticipate that the extension will impact other dates.

Very truly yours,

**MESSNER REEVES LLP**

s/ Abigail Nitka

---

Application granted. The initial conference is hereby adjourned to September 25, 2020 at 3 PM. The parties shall file the joint letter no later than September 21, 2020. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 25 and 26.

SO ORDERED.

_[signature]_
Hon. Ronnie Abrams
9/18/2020

Cc:    To Counsel via ECF Filing